# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 JUL 10 AM 10: 24

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>NICOLAS GAMBINO-CABALA, T/N<br>Nicolas Gambino-Zavala,<br><br>      Defendant. | CASE NO. 07CR1191-BTM<br><br><br>JUDGMENT OF DISMISSAL |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: 8 USC 1325 (Felony).

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 7-9-07

                BARRY TED MOSKOWITZ
                UNITED STATES DISTRICT JUDGE

                ENTERED ON _____